UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

| | |
|---|---|
| James Paul Aery, | Civil No. 20-1958 (PJS/LIB) |
| Plaintiff, | |
| vs. | ORDER ADOPTING |
| | REPORT AND RECOMMENDATION |
| Kyle Nohre, | |
| Defendants. | |

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. Plaintiff's Complaint is **DISMISSED without prejudice** for Plaintiff's failure to comply with the Court's Order of April 27, 2021 [Docket No. 16], and for lack of prosecution.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: 8/4/21　　　　　　　　　　　　　　　s/Patrick J. Schiltz
At Minneapolis, Minnesota　　　　　　　　　Patrick J. Schiltz, Judge
　　　　　　　　　　　　　　　　　　　　　United States District Court